IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HUGO VILLALON, | § § | |
| Petitioner, | § § | |
| v. | § § | 1:22-CV-1198-RP |
| WARDEN FNU ROSALEZ, | § § | [1:12-CR-130(1)] |
| Respondent. | § § § | |

## **ORDER**

Before the Court is Petitioner Hugo Villalon ("Villalon") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, (Dkt. 1). The case was referred to United States Magistrate Judge Dustin Howell for findings and recommendations, pursuant to 28 U.S.C. § 636(b). Judge Howell filed his report and recommendation on June 21, 2023. (Dkt. 9). In his report and recommendation, Judge Howell recommends that the Court dismiss Villalon's Petition for Writ of Habeas Corpus. (*Id.* at 11). As of the date of this order, Villalon has not filed any objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

1

Because no party has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 9), is **ADOPTED**. **IT IS ORDERED** that Villalon's Petition for Writ of Habeas Corpus, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**. **IT IS FURTHER ORDERED** that Defendants' motion to dismiss, (Dkt. 7), is **GRANTED**.

**IT IS FINALLY ORDERED** that a certificate of appealability is **DENIED**.

**SIGNED** on July 14, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE